UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 17-cv-00957-STV

---

**VICKI MIZE**, an individual, on her own behalf,

    Plaintiff,

v.

**SNAKE RIVER DEVELOPMENT, INC.**

    Defendant.

---

## NOTICE OF SETTLEMENT
---

    The Defendant Snake River Development, Inc. hereby gives notice to the Court that on June 9, 2017, the parties agreed to a settlement in principle. The settlement was reduced to writing and has been fully executed. An unopposed motion for the dismissal of the above-captioned case with prejudice is expected to be filed by June 23, 2017.

                                        BAYER & CAREY, P.C.

                                        s/*Mark W. Gerganoff*

                                        _____
                                        Mark W. Gerganoff, No. 13240
                                        1660 Downing Street
                                        Denver, Colorado  80218
                                        (303) 830-8911
                                        Attorneys for Defendant

- 2 -

## CERTIFICATE OF E-FILING

     I HEREBY CERTIFY that on this 19th day of June, 2017, a true and accurate copy of the foregoing **NOTICE OF SETTLEMENT** was e-filed through the United States District Court with service by the Court to counsel below:

    Lori J. Coulter, Esq.
    The Law Office of Lori J. Coulter, LLC
    1271 Riverview Drive
    Loveland, Colorado  80537
    (Attorneys for Plaintiff)

                                                      s/*Rebecca L. Chafin*
                                                      _____
                                                      Rebecca L. Chafin